IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>PAUL PISKORSKI,<br><br>                Defendant. | **8:20CR153**<br><br>**ORDER** |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [35]. Counsel needs additional time to review the forensic materials and to determine an appropriate resolution of this matter. For good cause shown,

IT IS ORDERED that the Motion to Continue Trial [35] is granted, as follows:

1. The jury trial, now set for January 4, 2022, is continued to April 19, 2022.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and April 19, 2022, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 17th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge